IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON MICHAEL LEATHERWOOD,<br><br>　　　　　　　Defendant. | 4:14CR3092<br><br>**ORDER** |

　　　　Defendant moves for release from detention. (Filing No. 85). Under 18 U.S.C. § 3142(f) the magistrate judge may review detention only if "information exists that was not known to the movant at the time of the hearing and that has a material bearing" on the amelioration of the risks of nonappearance and safety. Motions for review of detention must specify the factual basis for the motion, the materiality of the facts to the issues, and that the information was not known previously. Defendant's motion does not include this requisite information.

　　　　Accordingly,

　　　　IT IS ORDERED that Defendant's motion for release, (Filing No. 85), is denied without prejudice to re-filing, if appropriate, in accordance with the requirements described in this order.

　　　　Dated this 19th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge